No. 83–1294. AMERICAN MOTORS CORP. ET AL. *v.* LORD, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN

928

DISTRICT OF PENNSYLVANIA (two cases). C. A. 3d Cir. Certiorari denied.